July 19, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

### JUAN GRACIA & BERTHA GRACIA, Appellants

NO. 14-11-00241-CV                              V.
NO. 14-11-00617-CV

### THE STATE OF TEXAS, Appellee

_____

Today, this court considered the State's motion to dismiss the appeal in our case number 14-11-00241-CV, filed by appellants, Juan Gracia and Bertha Gracia, from a modified judgment in favor of appellee, The State of Texas, signed December 8, 2010. Having considered the motion and found that this court lacks jurisdiction, we order the appeal **DISMISSED**.

Today, this court considered its own motion to dismiss the appeal in our case number 14-11-00617-CV filed by appellants, Juan Gracia and Bertha Gracia, from an order denying of their request to proceed without the advance payment of costs signed April 19, 2011. Because we lack jurisdiction over the appeal in case number 14-11-00241-CV, we also lack jurisdiction over the related appeal in case number 14-11-00617-CV, and we order the appeal **DISMISSED.**

We order appellants, Juan Gracia and Bertha Gracia, jointly and severally, to pay all costs incurred in these appeals.

We further order this decision certified below for observance.